STATE OF NEW JERSEY v. LOUIS BATTLE.

October 15, 1986.

Cross-petition for certification denied. (See 209 *N.J.Super.* 255)

STATE OF NEW JERSEY v. HENRY BACCUS.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD FISHER.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH A. MITCHELL.

October 15, 1986.

Petition for certification denied.